

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00711-CV

RONALD E. INGALLS, AS TRUSTEE OF THE ADVENT NETWORKS, INC.
BANKRUPTCY ESTATE AND ON BEHALF OF ADVENT NETWORKS, INC.,
Appellant

V.

SOUTHERN UNION COMPANY D/B/A/ SOUTHERN UNION TECHNOLOGY
PARTNERS, L.P., TOM KARAM, AND JOHN E. BRENNAN, Appellees

Appeal from the 129th District Court of Harris County.   (Tr. Ct. No. 2009-06063).

**TO THE 129TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 15th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 21, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Ronald E. Ingalls, as trustee of the Advent Networks, Inc. Bankruptcy Estate and on behalf of Advent Networks, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 15, 2015.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 27, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

